AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| The Patriot Law Firm Corporation, and Atkinson, Watkins & Hoffman, LLP,<br>　　　　　　　Plaintiffs,<br>　　v.<br>Jesse Castillo,<br><br>　　　　　　　Defendant. | JUDGMENT For ATTORNEY FEES IN A CIVIL CASE<br><br>Case Number: 2:23-cv-01673-CDS-EJY |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys' fees and costs are granted in the amount of $5,000 to plaintiffs/lien claimants, The Patriot Law Firm Corporation, and Atkinson, Watkins & Hoffman, LLP.

| | |
|---|---|
| 3/7/2024<br>Date | DEBRA K. KEMPI<br>Clerk |
| | /s/ H. Magennis<br>Deputy Clerk |